FILED
May 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002623845

BETH MAXWELL STRATTON #138049
THE STRATTON LAW FIRM
829 N. Van Ness Ave.
Fresno, CA 93728
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

Attorneys For Ford Motor Credit Company, LLC. Movant

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In the Matter of<br><br>CON DEV SERVICES, INC.,<br><br>Debtor.<br><br>Ford Motor Credit Company, LLC,<br>a Delaware limited liability company,<br><br>Movant.<br><br>vs.<br><br>CON DEV SERVICES, INC.,<br>and JAMES E. SALVEN,<br>Trustee of the Bankruptcy Estate of Con Dev Services, Inc.,<br><br>Respondents. | Case No. 09-18191-A-7F<br><br>DC. No. BMS-2<br><br>MOTION OF FORD MOTOR CREDIT COMPANY, LLC FOR TERMINATION OF AUTOMATIC STAY OR FOR ADEQUATE PROTECTION [11 U.S.C. §362; FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 4001]<br><br>Date: June 8, 2010<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street, Fifth Floor, Courtroom 11, Fresno, California |

Ford Motor Credit Company, LLC (hereafter "movant") respectfully represents and moves this court as follows:

    1.    This motion is made pursuant to the local rules of the bankruptcy court.

1

2. Con Dev Services, Inc. filed a voluntary petition under Chapter 11 of Title 11 of the United States Code with this court on August 26, 2009. Debtors Chapter 11 case converted to a Chapter 7 of the United States Code with this court on January 19, 2010. James E. Salven is the duly appointed, qualified, and acting trustee of their bankruptcy estate.

3. Relief From Stay Information Sheets, which are required by this court to be filed with all motions under 11 U.S.C. §362 and which state the extent and priority of liens against the property with which this motion is concerned, are filed herewith.

4. Movant is the assignee of three (3) purchase agreements wherein Debtor purchased from movant's assignor certain vehicles, bearing certain vehicle identification numbers, all of which are described in the table below. True and correct copies of said contracts accompany this motion as group Exhibit A. Pursuant to said contracts, Debtor is obligated to pay movant certain payments as set forth in said contracts.

| Contract Date/ Acct # | Vehicle/ VIN # | Monthly Pmt./ Date Last Paid | Due For/ Arrears | Net Pay Off/ Wholesale Value |
|---|---|---|---|---|
| Purchase 6/30/06 XXXXX5036 | 2006 Ford F-450 1FDXW46P06 EA92940 | $1,012.12 12/31/09 | 1/30/10-3/30/10 $2,985.75 | $9,058.83 $26,900.00 |
| Purchase 10/31/06 XXXXX2190 | 2007 Ford F-450 1FDXF46P97E A73787 | $837.70 12/31/09 | 1/30/10-3/30/10 $2,471.21 | $10,840.99 $35,995.00 |
| Purchase 8/24/06 XXXXX3928 | 2006 Ford F-350 1FDWF34536E B08264 | $615.78 12/21/09 | 1/23/10-3/23/10 $1,816.55 | $6,743.01 $10,900.00 |

5. Under the above-described contracts, for the purpose of securing performance of the obligations of Debtor thereunder, movant has reserved title to and a security interest in the above-described vehicles until all of the obligations of Debtor under the above-described contracts are fully performed. True and exact copies of the ownership certificates of the above-described vehicles showing movant as lienholder and holder of a validly perfected

2

security interest in said vehicles accompany this motion as Group Exhibits B.

6. Debtor has defaulted under the terms of the above-described contracts in that it has failed to make the payments.

7. This motion is based on this pleading, the declaration of Barbara Codd, and memorandum of points and authorities filed herewith, and such oral and documentary evidence as may be presented at the time of the hearing of the motion.

8. Movant requests that the court's order include a waiver of Federal Rules of Bankruptcy Procedure Rule 4001(a)(3) such that the automatic stay is lifted upon entry of the order, and there be no 10-day waiting period.

WHEREFORE, movant prays as follows:

1. For an order of this court terminating the automatic stay imposed pursuant to 11 U.S.C. §362(a), with a waiver of the 10-day waiting period of Federal Rules of Bankruptcy Procedure Rule 4001(a)(3), allowing movant to proceed with those rights granted to it in the above-described contracts with Debtor, with respect to the above-described vehicles, and under applicable state law, including the right to repossess and sell the above-described vehicle; or

2. For adequate protection as the court deems fit to award to movant herein; and

3. For such other and/or further relief as the court deems just and proper.

DATED: May 11, 2010.

_____
BETH MAXWELL STRATTON, Attorney for Movant, Ford Motor Credit Company, LLC