Total pages: 1
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

FILED

FEB 2 5 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

CON DEV SERVICES,

Debtor(s).

Case No.: 09-18191-A-7

UNCLAIMED FUNDS

Please find submitted herewith check #5106 in the sum of $4,973.39, representing unclaimed funds in the above-named case. See below for the name and address of the claimant(s) entitled to said unclaimed funds.

Claim #47    $4,973.39
Embrey Family Trust
1616 W. Mineral King, Ste. D
Visalia, CA 93277

Dated: 2/19/15

James Salven
Chapter 7 Trustee